BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

NOV 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUSTIN ISAAC JACKSON,<br><br>                    Defendant. | NO. CR. S 2:11-CR-0477 JAM<br><br>VIOLATIONS: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion (Two Counts); 18 U.S.C. § 1591(a)(2) - Participating in a Sex Trafficking Venture; 18 U.S.C. § 1594(d) - Criminal Forfeiture |

I N D I C T M E N T

<u>COUNT ONE</u>:   [18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion]

The Grand Jury charges: T H A T

JUSTIN ISAAC JACKSON,

defendant herein, between on or about February 1, 2009, and on or about May 1, 2009, in the State and Eastern District of California, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a 16-year-old female identified as "M.R.," knowing that means of force, threats of force, fraud,

1  coercion, and any combination of such means, would be used to

2  cause the person to engage in a commercial sex act, and knowing

3  that the person had not attained the age of 18 years and would be

4  caused to engage in a commercial sex act, in violation of Title

5  18, United States Code, Section 1591(a)(1).

6  COUNT TWO:    [18 U.S.C. § 1591(a)(2) - Participating in a Sex
                 Trafficking Venture]
7

8       The Grand Jury further charges:   T H A T

9                    JUSTIN ISAAC JACKSON,

10 defendant herein, between on or about February 1, 2009, and on or

11 about May 1, 2009, in the State and Eastern District of

12 California, in and affecting interstate commerce, knowingly

13 benefitted, financially and by receiving anything of value, from

14 participation in a venture which did recruit, entice, harbor,

15 transport, provide, obtain, and maintain by any means, a person,

16 to wit: a 16 year-old female identified as "M.R.," knowing that

17 means of force, threats of force, fraud, coercion, and any

18 combination of such means, would be used to cause the person to

19 engage in a commercial sex act, and knowing that the person had

20 not attained the age of 18 years and would be caused to engage in

21 a commercial sex act, in violation of Title 18, United States

22 Code, Section 1591(a)(2).

23 COUNT THREE:   [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
                 Children or by Force, Fraud, and Coercion]
24

25      The Grand Jury further charges:   T H A T

26                   JUSTIN ISAAC JACKSON,

27 defendant herein, between no later than on or about April 27,

28 2009, and on or about May 10, 2009, in the State and Eastern

District of California, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a female identified as "V.C.," knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

FORFEITURE ALLEGATION:   [18 U.S.C. § 1594(d) - Criminal Forfeiture]

1.   Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant JUSTIN JACKSON shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d) all his interest as follows: in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation(s), and any property, real or personal, constituting or derived from, any proceeds that such person 'obtained, directly or indirectly, as a result of such violation(s).

2.   If any property subject to forfeiture as a result of the offenses alleged in Counts One through Three of this Indictment:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. §

3

1 | 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of

2 | any other property of said defendant up to the value of the

3 | property subject to forfeiture.

4 |                                          A TRUE BILL.

5 |                                          /s/ Signature on file w/AUSA
                                             FOREPERSON

6 |

7 | BENJAMIN B. WAGNER

8 | United States Attorney

4

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## JUSTIN ISAAC JACKSON

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1591 (a) (1) - Sex Trafficking of Children or by Force, Fraud, and Coercion (Two Counts); 18 U.S.C. § 1591 (a) (2) - Participating in a Sex Trafficking Venture; 18 U.S.C. § 1594 (d) - Criminal Forfeiture

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* _____ 10 _____ *day*

*of* _ November _ _ _ , *A.D. 20* 11 _ _ _

*Clerk.*

*Bail, $* _____ **WARRANT: NO BAIL PENDING HEARING**

GPO 863 525

2 1 1 - CR - 0 4 7 7 JAM

# PENALTY SLIP

**DEFENDANT:**    **JUSTIN ISAAC JACKSON**

## COUNTS ONE and TWO:

VIOLATIONS:    18 U.S.C. § 1591 (a) (1) - Sex Trafficking of Children or by Force,
Fraud, or Coercion

PENALTY:    Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
Life supervised release .

## COUNT THREE

VIOLATION:    18 U.S.C. § 1591 (a) (2) - Participating in a Sex Trafficking Venture

PENALTY:    Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
Life supervised release .

## FORFEITURE ALLEGATION:

VIOLATION:    18 U.S.C. § 1594 (d) - Criminal Forfeiture
PENALTY:    As stated in indictment.

ASSESSMENT:    $100 special assessment for each count