```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-477 JAM |
| v. | ) APPLICATION FOR UNSEALING |
|  | ) INDICTMENT |
| JUSTIN ISAAC JACKSON, | ) |
| Defendant. | ) |

On November 10, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the case to be sealed. The government respectfully requests that this case be unsealed.

DATED: December 2, 2011              Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     By:/s/ Kyle F. Reardon
                                        KYLE F. REARDON
                                        Assistant U.S. Attorney

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE F. REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:11-CR-477 JAM |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | INDICTMENT |
| JUSTIN ISAAC JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

The government's application to unseal this case is granted.

SO ORDERED:

DATED: December 2, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE