1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUSTIN JACKSON
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. 2:11-CR-0477 JAM
                                 )
14          Plaintiff,           )
                                 )  **STIPULATION AND ORDER**
15     v.                        )  **CONTINUING STATUS CONFERENCE**
                                 )  **AND EXCLUDING TIME**
16 JUSTIN JACKSON,               )
                                 )
17          Defendant.           )  Date:  January 10, 2012
                                 )  Time:  9:30 a.m.
18 _____ )  Judge: Hon. John A. Mendez

19

20     It is hereby stipulated and agreed between defendant, Justin
21 Jackson, and plaintiff, United States of America, by and through their
22 attorneys, that the status conference presently scheduled for January 10,
23 2011, may be continued to February 28, 2012, at 9:30 a.m.
24     Mr. Jackson was arraigned last month on an indictment alleging
25 offenses occurring in 2009.  While the government provided discovery at
26 the end of December, the underlying investigation was lengthy (lasting
27 over two years) and its results complicated.  Accordingly, defense
28 counsel seeks additional time to review the discovery and to discuss it

with Mr. Jackson, who is in custody. Counsel is uncertain at this time whether defense investigation or pretrial motions are necessary, but hopes to answer those questions over the next two months.

So that the defense may have adequate time to complete its review, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through February 28, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 5, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUSTIN JACKSON

BENJAMIN WAGNER
United States Attorney

Dated: January 5, 2012  /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to February 28, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 5, 2012        /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge