```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JUSTIN JACKSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:11-CR-0477 JAM
                                 )
14             Plaintiff,        )
                                 )  STIPULATION AND ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME
16  JUSTIN JACKSON,              )
                                 )
17             Defendant.        )  Date:  May 1, 2012
                                 )  Time:  9:30 a.m.
18  _____ )  Judge: Hon. John A. Mendez

19
```

20    It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 1, 2012, may be continued to May 15, 2012, at 9:30 a.m.

24    Defense counsel continues to review discovery, research, and other matters with Mr. Jackson. Although investigation is ongoing, the parties have begun discussing potential resolutions of the case, but a number of issues have yet to be resolved. The government has agreed to provide defense counsel additional information from the case agent so that the

parties can consider it before deciding what to do in the case. The parties are nearer to a resolution, but given the age of the events charged and the length of the investigation, additional time is needed. Also, defense counsel is unavailable on May 1, the date presently scheduled for status.

So that the defense may have adequate time to complete its review, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through May 15, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

          Respectfully Submitted,

          DANIEL J. BRODERICK
          Federal Defender

Dated: April 25, 2012    /s/ T. Zindel
          TIMOTHY ZINDEL
          Assistant Federal Defender
          Attorney for JUSTIN JACKSON

          BENJAMIN WAGNER
          United States Attorney

Dated: April 25, 2012    /s/ T. Zindel for K. Reardon
          KYLE REARDON
          Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to May 15, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 25, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge