1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0477 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JUSTIN JACKSON, | ) |
| | ) Date: May 15, 2012 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 15, 2012, may be continued to July 3, 2012, at 9:30 a.m.

Defense counsel today received additional information from the government that will assist in resolution of the case, but seeks time to discuss the information with Mr. Jackson and to perform other tasks relative to resolution. Investigation is ongoing. While a resolution is likely, a number of issues remain to be resolved. The parties agree that additional time is needed to complete their review and discussions. So

that they may have adequate time to do so, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through July 3, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 11, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUSTIN JACKSON

BENJAMIN WAGNER
United States Attorney

Dated: May 11, 2012 /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 3, 2012, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 11, 2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge