DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0477 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JUSTIN JACKSON, | Date: August 7, 2012 |
| Defendant. | Time: 9:45 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 7, 2012, may be continued to September 25, 2012, at 9:45 a.m.

Defense investigation is ongoing, with additional work to be done in the next few weeks. However, a proposed resolution is also under consideration by the government and additional time is needed to complete review and discussions about it. Government counsel is also unavailable from August 15 through September 15. So that they may have adequate time to do so, the parties agree that the interests of justice outweigh the

best interests of the public and Mr. Jackson in a speedy trial, and ask the Court to exclude time under the Speedy Trial Act from the date of this order through September 25, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 27, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JUSTIN JACKSON

BENJAMIN WAGNER
United States Attorney

Dated: July 27, 2012  /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 25, 2012, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 27, 2012  /s John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge