1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUSTIN JACKSON
7

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:11-CR-0477 JAM
                                     )
14              Plaintiff,           ) **STIPULATION AND ORDER**
                                     ) **CONTINUING STATUS CONFERENCE**
15       v.                          ) **AND EXCLUDING TIME**
                                     )
16  JUSTIN JACKSON,                  )
                                     ) Date: September 25, 2012
17              Defendant.           ) Time: 9:45 a.m.
                                     ) Judge: Hon. John A. Mendez
18  _____ )

19

20       It is hereby stipulated and agreed between defendant, Justin

21  Jackson, and plaintiff, United States of America, by and through their

22  attorneys, that the status conference presently scheduled for September

23  25, 2012, may be continued to November 6, 2012, at 9:45 a.m.

24       Defense investigation is ongoing, with additional work to be done

25  over the next weeks, including additional witness interviews.  Also,

26  additional discovery has been identified and requested.  The defense also

27  expects to share with government counsel the results of its investigation

28  in order to determine whether it is possible to resolve the case without

1  trial.  So that the parties may have adequate time to prepare, they agree
2  that the interests of justice outweigh the best interests of the public
3  and Mr. Jackson in a speedy trial, and ask the Court to exclude time
4  under the Speedy Trial Act from the date of this order through November
5  6, 2012, pursuant to Title 18, United States Code, Section 3161(h)(7)(A)
6  and (B)(iv).

7                              Respectfully Submitted,

8                              DANIEL J. BRODERICK
                               Federal Defender
9
10 Dated:  September 21, 2012   /s/ T. Zindel
                               TIMOTHY ZINDEL
11                             Assistant Federal Defender
                               Attorney for JUSTIN JACKSON
12
13                             BENJAMIN WAGNER
                               United States Attorney
14
15 Dated:  September 21, 2012   /s/  T. Zindel for K. Reardon
                               KYLE REARDON
16                             Assistant U.S. Attorney

17

18                          **O R D E R**

19      The status conference is continued to November 6, 2012, at 9:45 a.m.
20 The court finds that a continuance is necessary for the reasons stated
21 above and further finds that the ends of justice served by granting a
22 continuance outweigh the best interests of the public and the defendant
23 in a speedy trial.  Time is therefore excluded from the date of this
24 order through November 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
25 (B)(iv).

26      IT IS SO ORDERED.

27 Dated:  September 21, 2012   /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
28                             United States District Court Judge

Stip. and Order              -2-