1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   JUSTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0477 JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JUSTIN JACKSON, | ) | |
| Defendant. | ) | Date: January 22, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Justin Jackson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for January 22, 2013, may be continued to February 5, 2013, at 9:45 a.m.

Defense counsel recently returned to work and learned that investigation and discovery are yet to be completed. During the next two weeks, he will try to determine how much additional time will be needed to obtain outstanding discovery and to locate and interview witnesses. So that the parties may have adequate time to prepare, they agree that

1 the interests of justice outweigh the best interests of the public and
2 Mr. Jackson in a speedy trial, and ask the Court to exclude time under
3 the Speedy Trial Act from the date of this order through February 5,
4 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
5 (B)(iv).

Respectfully Submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 17, 2013        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JUSTIN JACKSON


                               BENJAMIN WAGNER
                               United States Attorney

Dated: January 17, 2013        /s/ T. Zindel for K. Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 5, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 17, 2013        /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Court Judge