1  HEATHER E. WILLIAMS, Bar #122664
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUSTIN JACKSON
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,           ) No. 2:11-CR-0477 JAM
                                        )
14              Plaintiff,              ) **STIPULATION AND ORDER**
                                        ) **CONTINUING STATUS CONFERENCE**
15       v.                             ) **AND EXCLUDING TIME**
                                        )
16  JUSTIN JACKSON,                     )
                                        ) Date:  June 11, 2013
17              Defendant.              ) Time:  9:45 a.m.
                                        ) Judge: Hon. John A. Mendez
18  _____   )

19

20       It is hereby stipulated and agreed between defendant, Justin

21  Jackson, and plaintiff, United States of America, by and through their

22  attorneys, that the status conference presently scheduled for June 11,

23  2013, may be continued to July 16, 2013, at 9:45 a.m.

24       Defense investigation continues, but the parties have also agreed to

25  consider a resolution proposed by the defense.  Defense counsel is

26  presently preparing for trial on June 24 but intends to provide the

27  government with materials relative to hi proposed resolution in early

28  July, after discussing the matter more fully with Mr. Jackson.  So that

| | |
|---|---|
| 1 | the parties may have adequate time to prepare and investigate, they agree |
| 2 | that the interests of justice outweigh the best interests of the public |
| 3 | and Mr. Jackson in a speedy trial, and ask the Court to exclude time |
| 4 | under the Speedy Trial Act from the date of this order through July 16, |
| 5 | 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and |
| 6 | (B)(iv). |

```
                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   June 6, 2013               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUSTIN JACKSON


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:   June 6, 2013               /s/  T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to July 16, 2013, at 9:45 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 6, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge