1  HEATHER E. WILLIAMS, Bar #122664
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUSTIN JACKSON
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:11-CR-0477 JAM
                                  )
14            Plaintiff,          )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15      v.                        )  **AND EXCLUDING TIME**
                                  )
16 JUSTIN JACKSON,                )
                                  )  Date: July 16, 2013
17            Defendant.          )  Time: 9:45 a.m.
                                  )  Judge: Hon. John A. Mendez
18 _____)

19

20      It is hereby stipulated and agreed between defendant, Justin
21 Jackson, and plaintiff, United States of America, by and through their
22 attorneys, that the status conference presently scheduled for July 16,
23 2013, may be continued to August 6, 2013, at 9:45 a.m.

24      Defense investigation continues, but the government is considering
25 a resolution proposed by the defense. Time is needed to review that
26 proposal. So that the parties may have adequate time to prepare and
27 investigate, they agree that the interests of justice outweigh the best
28 interests of the public and Mr. Jackson in a speedy trial, and ask the

Court to exclude time under the Speedy Trial Act from the date of this order through August 6, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 11, 2013          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for JUSTIN JACKSON


                              BENJAMIN WAGNER
                              United States Attorney

Dated: July 11, 2013          /s/ T. Zindel for K. Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

Stip. and Order                -2-

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | |
| 3 | The status conference is continued to August 6, 2013, at 9:45 a.m. |
| 4 | The court finds that a continuance is necessary for the reasons stated |
| 5 | above and further finds that the ends of justice served by granting a |
| 6 | continuance outweigh the best interests of the public and the defendant |
| 7 | in a speedy trial. Time is therefore excluded from the date of this |
| 8 | order through August 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and |
| 9 | (B)(iv). |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: July 12, 2013 |

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge